Richard L. Wolf OSB #873719
richardlwolf@att.net
Attorney at Law
12940 NW Marina Way
Portland, Oregon 97231-2312
Telephone: (503) 384-0910
Facsimile: (503) 289-3909

C. Renée Manes
Renee_Manes@fd.org
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, OR 97204
Telephone: (503) 326-2123
Facsimile: (503) 326-5524
Attorneys for Defendant Joey Pedersen

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**UNITED STATES OF AMERICA,**

Plaintiff,

vs.

**DAVID JOSEPH PEDERSEN, a/k/a JOEY PEDERSEN and HOLLY ANN GRIGSBY,**

Defendants.

No. 3:12-CR-00431-1-HA

**MOTION REGARDING CONDITIONS OF PRE-TRIAL CONFINEMENT, SPECIFICALLY TO PROHIBIT FULL RESTRAINTS DURING LEGAL VISITS AND TO ENFORCE COMPLIANCE WITH THE APPLICABLE CODE OF FEDERAL REGULATIONS**

Hearing Requested

**TO THE COURT:**

Defendant David Pedersen, through his undersigned counsel, seeks review of the conditions of his pre-trial confinement. Specifically, Mr. Pedersen and his legal team seek an order prohibiting the use of full restraints (fetters and shackles with a belly chain) during Mr. Pedersen's legal visits, and also seek to require compliance with the applicable law governing the incarceration of inmates pending federal charges and their placement in Administrative Segregation.

Prior to the filing of this motion counsel for Mr. Pedersen have sought to resolve these issues with the Multnomah County Sheriff's Office and the Office of the County Counsel. Those efforts were unsuccessful, and this motion has therefore been filed.

This motion is supported by the memorandum of law, declaration of counsel, and the exhibits in support that are filed herewith, and any additional briefing on the issue, the arguments and evidence to be presented at the hearing on this matter.

Respectfully submitted this 17th day of June, 2013.

*/s/ Richard L. Wolf*
Richard L. Wolf

*/s/ C. Renée Manes*
C. Renée Manes
Assistant Federal Public Defender

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Oregon by using the CM/ECF system on June 17, 2013, and that all participants who are registered CM/ECF users received service in that manner. In addition, I served the following by e-mail and by placing a true copy of the foregoing document in the United States mail, postage prepaid, addressed for delivery to:

Carlos J. Calandriello
Senior Assistant County Attorney
501 S.E. Hawthorne Blvd., Suite 500
Portland, OR 97214
E-mail: carlo.calandriello@multco.us
Phone: 503-988-3138
Fax: 503-988-3377

Dated this June 17, 2013.

*/s/ Tammy Reynolds*
Tammy Reynolds